Asamnew G. TZADA, Petitioner,

v.

U.S. IMMIGRATION & NATURAL-IZATION SERVICE; John Ashcroft, Respondents.

No. 02–1870.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 27, 2003.

Decided April 24, 2003.

Asamnew G. Tzada, Appellant Pro Se. Emily Anne Radford, Papu Sandhu, Gregory Darrell Mack, Earle Bronson Wilson, United States Department of Justice, Washington, D.C., for Respondents.

Before NIEMEYER, TRAXLER and KING, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Asamnew G. Tzada, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming without opinion the immigration judge's order finding Tzada removable and denying his application for asylum and withholding of removal. The Board and immigration judge's determination that Tzada is not eligible for asylum must be upheld unless that determination is "manifestly contrary to law." 8 U.S.C. § 1252(b)(4)(C) (2000). We have reviewed the administrative record and find no error in the Board and immigration judge's con-

clusion that Tzada failed to establish a well-founded fear of persecution. *See* 8 U.S.C. § 1101(a)(42)(A) (2000). Accordingly, we deny Tzada's petition for review. We grant the Government's fifth motion for an extension of time to file their brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*